1024

[No. 20751-0-III. Division Three. February 4, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. DONALD S. SCOTT, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00495-0, Robert G. Swisher, J., entered January 16, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 20440-5-III. Division Three. February 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL KENNETH COTTER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01626-4, Richard J. Schroeder, J., entered March 22, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 20742-1-III. Division Three. February 6, 2003.]

DAVID ALAN BASHAM, ET AL., *Appellants*, v. ELLERY CLARK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-00473-1, Harold D. Clarke, J., entered December 14, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 20820-6-III. Division Three. February 6, 2003.]

TOVIAS MAGANA, ET AL., *Appellants*, v. JOSE SILVA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-2-01443-8, Heather K. Van Nuys, J., entered December 21, 2001. *Reversed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.